UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
<u>CHAPTER 13 PLAN (Individual Adjustment of Debts)</u> www.flsb.uscourts.gov

☐ __2nd__ Amended Plan (Indicate 1st, 2nd etc. amended if applicable)

☐ _____ Modified Plan (indicate 1st, 2nd etc. modified if applicable)

**RONITHA L. BROOKS**                         CASE NO: <u>15-19568-PGH</u>
Last 4 Dig SSN: 8893         Last 4 Dig SSN

**MONTHLY PLAN PAYMENT**: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor to pay to the trustee for a period of <u>60</u> months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
A. $ <u>719.22</u>  for months <u>1</u>  to <u>5</u> ;
B. $ <u>1,247.12</u>  for months <u>6</u>  to <u>20</u> ;
C. $ <u>1,060.12</u>  for months <u>21</u>  to <u>60</u> ; in order to pay the following creditors:

<u>Administrative</u>: Fees of $3,500.00 routine services + $1,500.00 MTV (2)
   totaling Attorney's Fee $<u>5,000.00*</u>  TOTAL PAID $ <u>1,600.00</u> .
   Balance Due $<u>3,400.00</u> payable $<u>170.00</u> /mo (Mos. <u>1</u> to <u>20</u> )
   *[in addition to filing fee $310.00 + $150.00 admin costs]

<u>Secured Creditors</u>:  [Retain liens pursuant to 11 USC Sec 1325(A)(5)] Mortgage(s)/Liens
   (First Mortgage)     on Real or Personal Property:
1. <u>Nationstar Mort. LLC</u>  Arrearage on Petition Date  $<u>   -0-   </u>.
   P. O. Box 619063     Arrears Payment            $_____/mo (Mos.___ to ___)
   Dallas, TX 75261     Regular Payment            $_____/mo (Mos.___ to ___)
   Acct #<u> 4713    </u>.    Property Description: <u>117 Heritage Way, West Palm Bch., FL 33407</u>

   **PAID DIRECT--Payments paid direct to creditor consistent with Proof of Claim 4-1.**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR-3015-3.**

| Secured Creditor | Val/Collateral | Int. Rate | Plan Payments | Months of Payments | Total Pmts |
|---|---|---|---|---|---|
| US Bank/NatStar Bankruptcy Dept P O Box 619094 Dallas, TX 75261 Acct: 4716 | $ 21,000.00 of rental 2000 Springdale Blvd. Unit F-109 Palm Springs, FL 33461 | 3.625% | $ 383.20 | <u>1</u> to <u>60</u> | $22,992.00 |
| Multibank 2009 Res-ADC Vent. c/o Quantum Servicing Corp 6302 E Dr MLK Blvd., #310 Tampa, FL 33619 Acct: 9862 | $ 5,300.00 Vacant land in Ocala FL Lot 4 Blck 91 Rolling Hills Unit Three | 5.25% | $ 100.63 | <u>1</u> to <u>60</u> | $ 6,037.80 — |

Priority Creditors: [as defined in 11 U.S.C. Sec. 507]

1. <u>Internal Revenue Service</u>    Total Due $1,137.02 ,
   Post Office Box 7317           Payable   $  20.68 /mo (Mos.  6  to  60 )
   Philadelphia, PA 19101-7317

Unsecured Creditors: Pay $ 459.23/mo (Mos. 6 to 60)    Pay $_____/mo (Mos. __ to __)

Pro rata dividend will be calculated by Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above** <u>Debtor shall provide copies of yearly income tax re-</u> .
<u>turns to the Trustee no later than by May 15 during the pendency of the Chapter 13 case.</u> .
<u>In the event the Debtor's income or tax refunds increase, Debtor shall increase payments</u> .
<u>to unsecured creditors over and above payments provided through the Plan up to 100% of</u> .
<u>of allowed unsecured claims.</u> .

I declare that the foregoing Chapter 13 Plan is true and correct under penalty of perjury.

Debtor [signature]
Date: 10/29/15

Joint Debtor
Date: _____

LF-31 (rev. 01/08/10)